PEOPLE ex rel. AMERICAN FIRE INS. CO., Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First

Department. July 9, 1901.) Proceeding by the people of the state of New York, on the relation of the American Fire Insurance Company, against Thomas L. Feitner and others. R. S. Weinsley, for appellant. James H. Ward, for respondents. No opinion. Order affirmed, with costs, on authority of People v. Davenport, 91 N. Y. 574, and People v. Feitner, 166 N. Y. 136, 59 N. E. 731.